**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **Barbara J. Stringer,** | |
| **Plaintiff,** | **Case Number: 16CV00150** |
| **v.** | |
| **HOME DEPOT OF 41 NASHUA RD. LONDONDERRY, NH 031153 AND THE HOME DEPOT, USA INC. OF 2465 PACE FERRY RD. C-20 ATLANTA GEORGIA 30339,** | **NOTICE OF REMOVAL** |
| **Defendants.** | |

TO:   The Honorable Judges of the
       United States District Court
       District of New Hampshire

Petitioners Home Depot U.S.A., Inc.[1] ("Home Depot"), Defendant in the above entitled action, states:

1.      Home Depot desires to exercise its rights under the provisions of 28 U.S.C. § 1441, *et seq.*, to remove this action from the Superior Court for Rockingham County, New Hampshire, in which said cause is now pending under the name and style, *Barbara J. Stringer v. Home Depot of 41 Nashua Rd., Londonderry, NH. 031153 and Home Depot, USA Inc. of 2465 Paces Ferry Rd. C-20 Atlanta Georgia 30339*, Case Number 218-2016-CV-00198.  Home Depot was served with a copy of the Complaint and Summons on March 17, 2016.  A copy of the Summons, and Complaint, are attached hereto as Exhibit A.

---

[1]  Home Depot U.S.A., Inc. is incorrectly named in the caption as Home Depot of 41 Nashua Rd., Londonderry, NH. 031153 And Home Depot USA Inc. of 2465 Paces Ferry Rd. C-20 Atlanta Georgia 30339.

2.      The above-described action is one of which this court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this court by Defendant, pursuant to the provisions of 28 U.S.C. § 1441, wherein it is a civil action, wherein the matter in controversy exceeds the sum or the value of $75,000.00 exclusive of interest and costs, and is between citizens of different states.  Specifically, Plaintiff is a citizen of the State of New Hampshire[2] while Home Depot maintains its principal place of business in the State of Georgia and is incorporated under the laws of the State of Delaware.

3.      Plaintiff, a former employee of Home Depot, alleges that Home Depot is liable for compensatory, emotional distress, and punitive damages. Upon information and belief, based on her asserted claims, Plaintiff is seeking damages that exceed $75,000.  Accordingly, the amount in controversy is in excess of $75,000.

4.      Home Depot is filing this notice within thirty (30) days of service of the Summons and Complaint, as required by 28 U.S.C. § 1446.

5.      Home Depot will file a Notice of Filing of Removal of Action to Federal Court and a copy of this Notice of Removal with the Clerk, Rockingham County Superior Court, P.O. Box 1258, Kingston, New Hampshire, 03848-1258, pursuant to 28 U.S.C. § 1446(d), a copy of which is attached hereto as Exhibit B.

6.      Home Depot will serve written Notice to Plaintiff's Counsel of Removal of Action to Federal Court, and copies of this Notice of Removal on Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d), a copy of which is attached hereto as Exhibit C.

7.      For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441.

---

[2]  See Complaint at ¶ 1.

WHEREFORE, Home Depot prays that the above action now pending against them in the

Superior Court for Rockingham County, New Hampshire be removed therefrom to this Court.

Respectfully submitted,

DEFENDANT HOME DEPOT USA, INC.,

By its attorneys,

/s/ *Mark M. Whitney*
Mark M. Whitney (NH Bar No. 11892)
**Morgan, Brown & Joy, LLP**
200 State Street, 11th Floor
Boston, MA 02109
Phone: (617) 523-6666
Dated:  April 15, 2016           mwhitney@morganbrown.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff by first-class U.S. mail and email this 15th day of April, 2016.

Elizabeth B. Olcott, Esq.
52 Oak Hill Road
Concord, NH 03301

/s/ *Mark M. Whitney*
Mark M. Whitney, Esq.

3